NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TERVES LLC,**
*Plaintiff-Appellee*

v.

**ECOMETAL INC., NICK YUAN,**
*Defendants-Appellants*

**YUEYANG AEROSPACE NEW MATERIALS CO. LTD.,**
*Defendant*

---

2022-1855, 2022-2151

---

Appeals from the United States District Court for the Northern District of Ohio in No. 1:19-cv-01611-DCN, Senior Judge Donald C. Nugent.

---

## O R D E R

On December 5, 2023, Ecometal Inc., Nick Yuan, and Terves LLC stipulated to voluntary dismissal of Appeal No. 22-1855.

On December 7, 2023, Ecometal Inc., Nick Yuan, and Terves LLC stipulated to voluntary dismissal of Appeal No. 22-2151.

2   TERVES LLC v. YUEYANG AEROSPACE NEW MATERIALS CO. LTD.

    The parties, having so agreed,

    IT IS ORDERED THAT:

    The above-captioned appeals are dismissed under Fed. R. App. P. 42(b), with each side to bear their own costs.

FOR THE COURT

December 7, 2023
    Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE: December 7, 2023.**